**Electronically Filed**
**Supreme Court**
**SCWC-12-0000521**
**22-OCT-2013**
**02:47 PM**

SCWC-12-0000521

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF TM

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000521; FC-S NO. 10-002K)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on September 12, 2013 by Petitioner/Mother-Appellant Alexandra Rigaud is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 22, 2013.

Benjamin E. Lowenthal,
for petitioner

Mary Anne Magnier,
Nolan Chock,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

